Exhibit A

PO Box 12030 | Austin, TX 78711 | 800-578-4677 | tdi.texas.gov

April 2, 2025

GEOFFREY POLK

Dear Mr/ Ms. GEOFFREY POLK:
Application ID: 3528800

## We need more information to process your application.

We received your license application, but we need more information before we can start processing it. This is what we need:

Additional Information Required
- 3528800  Due to not residing in the State of Texas or any state next to Texas, you do not qualify for an Escrow Officer license or appointment.  Please review the Escrow Officer application information via https://www.tdi.texas.gov/agent/escrow-officer-apply.html.  You may withdraw your application or wait for the application to be abandoned within 30 days of the deficiency letter. All fees are non-refundable.

You will lose your application fee if you don't complete your application within one year of the original submission.

## Your next steps

**For missing information:** Send an email to applications@tdi.texas.gov with the information we need. Include your application ID.

**For missing documents:** Use the NIPR or Sircon system that you used to submit your application to upload the missing documents. If you're using Sircon, click on the "Check the Status of an Existing Application" link.

After you submit the documents, send an email to applications@tdi.texas.gov with your application ID to let us know. This will reduce processing delays.

If you can't use the NIPR or Sircon websites, you can mail the documents using one of the addresses below. Processing times are slower if you submit by mail.

**For missing payments:** Make checks and money orders payable to the "Texas Department of Insurance."

**If you're using USPS, send to:**
Agent and Adjuster Licensing, MC: CO-AAL
Texas Department of Insurance
PO Box 12030

Austin, Texas 78711-2030
**If you're using FedEx and UPS, send to:**
Agent and Adjuster Licensing, MC: CO-AAL

Texas Department of Insurance          Austin, Texas 78701
1601 Congress Avenue