**TDI** **Texas Department of Insurance**

PO Box 12030 | Austin, TX 78711 | 800-578-4677 | tdi.texas.gov

April 8, 2025

Exhibit B

Geoffrey Polk
7627 Lake St.
STE 206 A34
River Forest, IL 60305

RE: Application for Escrow Officer License

Dear Mr. Polk,

This letter acknowledges receipt of your application received by the Texas Department of Insurance (TDI) on April 1, 2025.

A review of your application reflects that you are neither a resident of Texas, nor a resident of a state adjacent to this state.

Pursuant to TEXAS INSURANCE CODE § 2652.051(c), you do not qualify for an escrow officer license at this time.

The fee submitted with this application is nonrefundable. We can't return any license fees you sent because, by law, they are non-refundable.

Sincerely,

*Jodie Delgado*

Jodie Delgado, Director
Agent and Adjuster Licensing
Consumer Protection Division