**Geoffrey Polk**
7627 Lake St Ste 206 A34
River Forest, IL  60305
(312)929-3861

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **GEOFFREY POLK,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:25-cv-02652 |
| | § | |
| **CASSIE BROWN, IN HER** | § | |
| **OFFICIAL CAPACITY AS THE** | § | |
| **TEXAS INSURANCE** | § | |
| **COMMISSIONER,** | § | |
| *Defendant.* | | |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RULE 65 MOTION

<u>Geoffrey Polk</u>, being over the age of 18 and being duly sworn, depose and state, under penalty of perjury, that the following information is true and correct:

1. I am the Plaintiff in this matter and I am over eighteen (18) years of age.

2. All facts set forth in this Affidavit are offered based upon my personal knowledge.

3. If I were called upon to testify, I would testify competently to the facts set forth herein.

4. I am a legal resident of the state of Florida and I am currently domiciled in Illinois.

5. On April 1, 2025, I completed and submitted an application for a Texas Escrow Officer license.

6. On April 2, 2025, I received a letter from the Texas Department of Insurance indicating that I "do not qualify for an Escrow Officer license or appointment."  A true and complete copy of the same is attached hereto as <u>Exhibit A</u>.

7. On April 9, 2025, I received a 2nd letter from the Texas Department of Insurance indicating that I "do not qualify for an escrow officer license at this time" due to my residency. A true and complete copy of the same is attached hereto as <u>Exhibit B</u>.

8. I am an attorney, licensed and in good standing in forty-six (47) states or jurisdictions, including Illinois, Indiana, Texas, Maryland, Florida, the District of Columbia, Wisconsin, North Carolina, North Dakota, Idaho, Georgia, Washington, South Dakota, Arkansas, Iowa, Nebraska, West Virginia, Michigan, Montana, Minnesota, Wyoming, Missouri, Vermont, Virginia, Pennsylvania, New Hampshire, Maine, Massachusetts, Colorado, New Mexico, New Jersey, Alaska, Utah, Connecticut, South Carolina, Arizona, Oklahoma, Oregon, Ohio, Rhode Island, Kentucky, New York, Alabama, Louisiana (Limited License to practice pursuant to, Rules of Supreme Court of Louisiana, Rule XVII §14), the Virgin Islands, Kansas, and Hawaii.

9. I hold an active resident Title Producer license in Florida, License No. G098349.

10. I hold non-resident Title Producer licenses in Indiana, Wisconsin, North Dakota, West Virginia, Georgia, Maryland, Montana, Pennsylvania, Michigan, Virginia, Tennessee, New Jersey, South Carolina, Colorado, Ohio, North Carolina, Minnesota, Nevada, New Hampshire, Rhode Island, Maine and Vermont as well as Title Examination and Escrow licenses in Utah. I hold a non-resident Qualified Title Principal Agent license in Missouri.

11. I am not a bona fide resident of Texas or an adjacent state.

12. As an attorney and/or title insurance professional in more than forty states, I derive a substantial portion of my income from providing escrow, settlement, and related title services nationwide.

13. The denial of my Texas Escrow Officer License prevents me from directly serving clients in Texas and from completing transactions that involve Texas property, which has caused me to lose business opportunities and associated revenue.

14. Several existing clients have expressed an immediate need for my services in Texas, but I have been unable to fulfill their requests due solely to the residency restriction contained in Texas Insurance Code §§ 2652.051(c)(1) and 2652.056(1).

15. The inability to operate in Texas has also hindered my ability to expand and maintain relationships with national and regional clients who require title and escrow services in multiple jurisdictions, including Texas.

16. These lost opportunities cannot be recaptured at a later date and directly diminish my professional goodwill, reputation, and competitive standing in the industry.

17. Unless enjoined, the enforcement of the Texas residency restriction will continue to prevent me from engaging in my chosen occupation in Texas and from competing on equal terms with resident escrow officers.

18. The harm I am suffering is ongoing, concrete, and irreparable, and monetary damages alone cannot make me whole.

I declare under penalty of perjury that the foregoing is true and correct.

[SIGNATURE FOLLOWING ON THE NEXT PAGE]

Signature: *Geoffrey Polk*
Geoffrey Polk

STATE OF  Florida  , COUNTY OF   Orange   , to wit:

I hereby certify that on this 11th day of August, 2025, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Geoffrey Polk, affiant, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing to be his or her act, and in my presence signed and sealed the same.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.
{Seal}

NOTARY PUBLIC
My commission

**VICTORIA R. HARDY**
COMMISSION # 1846405
MY COMMISSION EXPIRES
APR. 10, 2029

*Victoria R. Hardy*

Commission Number: HH662867
Commission Expires: April 10, 2029
This notarization was performed via video/audio and ID proofing technology.
Signer verified via ID Check and Face Recognition.

EXHIBIT A

Case 4:25-cv-02652   Document 10-1   Filed on 08/12/25 in TXSD   Page 5 of 10

Document Ref: GZM2C-A64QX-MYJVV-YK9U4



Exhibit A

PO Box 12030 | Austin, TX 78711 | 800-578-4677 | tdi.texas.gov

April 2, 2025

GEOFFREY POLK

Dear Mr/ Ms. GEOFFREY POLK:
Application ID: 3528800

## We need more information to process your application.

We received your license application, but we need more information before we can start processing it. This is what we need:

Additional Information Required
- 3528800  Due to not residing in the State of Texas or any state next to Texas, you do not qualify for an Escrow Officer license or appointment.  Please review the Escrow Officer application information via https://www.tdi.texas.gov/agent/escrow-officer-apply.html.  You may withdraw your application or wait for the application to be abandoned within 30 days of the deficiency letter. All fees are non-refundable.

You will lose your application fee if you don't complete your application within one year of the original submission.

## Your next steps

**For missing information:** Send an email to applications@tdi.texas.gov with the information we need. Include your application ID.

**For missing documents:** Use the NIPR or Sircon system that you used to submit your application to upload the missing documents. If you're using Sircon, click on the "Check the Status of an Existing Application" link.

After you submit the documents, send an email to applications@tdi.texas.gov with your application ID to let us know. This will reduce processing delays.

If you can't use the NIPR or Sircon websites, you can mail the documents using one of the addresses below. Processing times are slower if you submit by mail.

**For missing payments:** Make checks and money orders payable to the "Texas Department of Insurance."

**If you're using USPS, send to:**
Agent and Adjuster Licensing, MC: CO-AAL
Texas Department of Insurance
PO Box 12030

Austin, Texas 78711-2030
**If you're using FedEx and UPS, send to:**
Agent and Adjuster Licensing, MC: CO-AAL

2

Texas Department of Insurance  Austin, Texas 78701
1601 Congress Avenue

2

EXHIBIT B

**TDI Texas Department of Insurance**

PO Box 12030 | Austin, TX 78711 | 800-578-4677 | tdi.texas.gov

April 8, 2025

Exhibit B

Geoffrey Polk
7627 Lake St.
STE 206 A34
River Forest, IL 60305

RE: Application for Escrow Officer License

Dear Mr. Polk,

This letter acknowledges receipt of your application received by the Texas Department of Insurance (TDI) on April 1, 2025.

A review of your application reflects that you are neither a resident of Texas, nor a resident of a state adjacent to this state.

Pursuant to *TEXAS INSURANCE CODE* § 2652.051(c), you do not qualify for an escrow officer license at this time.

The fee submitted with this application is nonrefundable. We can't return any license fees you sent because, by law, they are non-refundable.

Sincerely,

*Jodie Delgado*

Jodie Delgado, Director
Agent and Adjuster Licensing
Consumer Protection Division

## CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
GZM2C-A64QX-MYJVV-YK9U4

DOCUMENT NOTARIZED ONLINE USING AUDIO-VIDEO COMMUNICATION ON
**11 AUG 2025 22:17:38 UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **GEOFFREY POLK** <br> EMAIL <br> GEOFF@PRESIDENTIALTITLEGROUP.COM | SENT <br> 11 AUG 2025 22:16:47 UTC <br> VIEWED <br> 11 AUG 2025 22:16:50 UTC <br> SIGNED <br> 11 AUG 2025 22:16:59 UTC | *Geoffrey Polk* <br> IP ADDRESS <br> 12.74.213.65 <br> LOCATION <br> CHICAGO, UNITED STATES |
| **RECIPIENT VERIFICATION** | EMAIL VERIFIED <br> 11 AUG 2025 22:16:50 UTC <br> PERSONALLY KNOWN <br> 11 AUG 2025 22:12:20 UTC | |
| **VICTORIA HARDY** <br> EMAIL <br> VRHARDY.NOTARY@GMAIL.COM | SENT <br> 11 AUG 2025 22:16:47 UTC <br> VIEWED <br> 11 AUG 2025 22:17:22 UTC <br> SIGNED <br> 11 AUG 2025 22:17:38 UTC | *Victoria R. Hardy* <br> IP ADDRESS <br> 68.202.234.85 <br> LOCATION <br> ST. CLOUD, UNITED STATES |
| **RECIPIENT VERIFICATION** | EMAIL VERIFIED <br> 11 AUG 2025 22:17:22 UTC | |

