**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GEOFFREY POLK**, *pro se* | § | |
|     *Plaintiff,* | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:25-cv-02652 |
| v. | § | |
| | § | |
| **CASSIE BROWN, IN HER** | § | |
| **OFFICIAL CAPACITY AS THE** | § | |
| **TEXAS INSURANCE** | § | |
| **COMMISSIONER,** | § | |
|     *Defendant.* | § | |
| | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Geoffrey Polk, *pro se*, pursuant to 28 U.S. Code § 1292(a)(1), hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Order entered November 12, 2025, *see Dkt.* 18, denying Plaintiff's Motion for a Preliminary Injunction filed August 12, 2025. *See Dkt.* 10.  Plaintiff also appeals any and all findings and conclusions underlying the denial of a preliminary injunction.

Dated:  November 13, 2025

        */s/ Geoffrey Polk*＿＿＿＿＿＿＿＿＿＿＿
        Geoffrey Polk, Esq.
        7627 Lake St. Ste 206 A34
        River Forest, IL  60305
        Ph:  312-929-3861
        Email :  Geoff@geoffreypolk.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of November, 2025, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

   */s/ Geoffrey Polk*              
Geoffrey Polk, Esq.
