# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **GEOFFREY POLK**, *pro se* § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **CASSIE BROWN, IN HER** § <br> **OFFICIAL CAPACITY AS THE** § <br> **TEXAS INSURANCE** § <br> **COMMISSIONER,** § <br> *Defendant.* § <br> § | CIVIL ACTION NO. 4:25-cv-02652 |

## CERTIFICATE OF NO TRANSCRIPT REQUIRED FOR APPEAL

Pursuant to Federal Rule of Appellate Procedure 10(b) and Fifth Circuit Rule 10.1, Appellant Geoffrey Polk hereby certifies that no transcript will be ordered for this appeal.

No witnesses testified and no evidence was taken at the hearing on the Motion for Preliminary Injunction. The district court's ruling rests exclusively on the written submissions and the court's minute entry. Accordingly, no transcript is necessary for the issues to be raised on appeal, and the existing written record—including Appellant's uncontradicted affidavit and all supporting exhibits—fully comprises the record required for appellate review.

Appellant therefore certifies that no transcript is required for this appeal and no transcript will be ordered.

Respectfully submitted,

Date:   November 13, 2025

                                                         */s/ Geoffrey Polk*

Geoffrey Polk, Esq.
7627 Lake St. Ste 206 A34
River Forest, IL  60305
Ph:  312-929-3861
Email :  Geoff@geoffreypolk.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 13th day of November, 2025, a copy of the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

                                                            */s/ Geoffrey Polk*
                                                            Geoffrey Polk, Esq.